UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SHAN ANAND,
NOSAKHARE NOBORE,
NICHOLAS PAPPAS,
LEONARD UJKIC,
SOLOMON ALUKO,
  a/k/a "D1 ReallyRich," and
JORGE GONZALEZ,

　　　　　Defendant.

**UNSEALING ORDER**

25 Cr. 110 (PKC)

---

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney MAGGIE LYNAUGH, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the below-referenced records,

IT IS HEREBY ORDERED that body worn camera footage (the "Body Worn Camera Footage") in the possession of the New York City Police Department ("NYPD") associated with an April 3, 2022 arrest at the South East Corner of Cherry Street and Vandervort Avenue in the Bronx, which has been assigned the following NYPD complaint and arrest numbers be unsealed and provided to the United States Attorney's Office for the Southern District of New York:

**NYPD Complaint Number: 2022-094-001280**

**NYPD Arrest ID: K22613461**

IT IS FURTHER ORDERED that the Affidavit and Application in support of this Order are to be sealed pending further order of this Court.

Dated:   New York, New York
         October 23, 2025

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK