# raiser kenniff & lonstein

─── ATTORNEYS AT LAW ───

| Steven M. Raiser | 666 Old Country Rd | Of Counsel |
| Thomas A. Kenniff | Suite 509A | Mark Hathaway |
| Alexander Lonstein | Garden City, NY 11530 | Daniela Jampel |
| Douglas M. Reda | (516) 742-7600 | Jason Leibowitz |
| | | Anthony Falcone |

December 17, 2025

**VIA ECF**
The Honorable Judge Castel
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

*Application GRANTED SO ORDERED PKC USDJ 12-17-25*

    Re:  *United States v. Shan Anand,*  PKC
      *Criminal Docket No. 1:25-cr-00110-RA*

Dear Judge Castel:

   Our office represents Shan Anand, Defendant in the above-captioned matter. As the conditions of release require that Mr. Anand's travel is restricted to SDNY/EDNY and that requests for travel be approved by the Court, we respectfully request that the Court permit Mr. Anand to travel during the following times:

1. Monday, December 22, 2025, returning the same day, Monday, December 22, 2025– travel to Jersey City Public School, Julia A. Barnes School No. 12 for the annual toy drive event.

   The requested travel is to volunteer, as Mr. Anand is looking to volunteer and support the annual toy drive as he has done previously. Should you have any questions, please do not hesitate to contact me.

       Very truly yours,

       *Thomas A. Kenniff*
       Thomas A. Kenniff

kb/TK
Encl.
Letter regarding volunteering in the Annual toy drive

cc:  AUSA Margaret Emma Lynaugh (via ECF: margaret.lynaugh@usdoj.gov)

| Manhattan Office | Ellenville Office | Kingston Office |
| 87 Walker Street | 190 South Main Street | 291 Wall Street, Suite 402, Office 5 |
| New York, NY 10013 | Ellenville, NY 12428 | Kingston, NY 12401 |
| 212-274-0090 | 845-905-2216 | 845-905-2216 |



Office of the Principal
Dr. Donald Howard, Jr.

**The Jersey City Public Schools**
**Julia A. Barnes P.S. 12**
**91 Astor Place**
**Jersey City, New Jersey 07304**
**201-915-6420**



Fax: 333-7316
Email: dhoward-jr@jcboe.org

12/3/25

To Whom It May Concern,

This letter is to confirm that Shan Anand is volunteering with Julia. A. Barnes to support annual Holiday Toy Drive. He is assisting with collection, organization, and preparation of donated toys that will be distributed to students and families in need.

We truly appreciate his time and commitment, as his support helps ensure a successful and meaningful event for our school. The event will take place on Monday, December 22, 2025.

For any questions or verification, please contact me at 201-915-6420. Thank you once again on behalf of the staff and students at Julia A. Barnes School No. 12.

Sincerely,

Donald D. Howard, Jr., Ed.D.
Principal, Julia A. Barnes School No. 12
91 Astor Place
Jersey City, New Jersey 07305