

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10028*

December 30, 2025

Application GRANTED.
SO ORDERED.
Dated:  12/30/2025

P. Kevin Castel
United States District Judge

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Shan Anand*, 25 Cr. 110 (PKC)

Dear Judge Castel:

It is the Government's understanding that defendant Shan Anand intends to enter a plea of guilty in the above-captioned case.  Accordingly, the Government respectfully requests that the Court set a date for a change of plea proceeding.  The Government has been informed that January 27, 2026 at 12:00 p.m. is convenient for the Court and the parties.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Qais Ghafary
Assistant United States Attorney
(212) 637-2448 / 2534