UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA
                                        :    1:25-CR-110-PKC-1
     -against-                          :    ORDER
                                        :
Shan Anand
                                        :
Defendant
                                        :
----------------------------------------X

P. Kevin Castel, United States District Judge:

It is hereby ORDERED, on consent, that the defendant's bail be modified to include the following condition: Mental Health Evaluation and Treatment as directed by Pretrial Services.

Dated: March 26, 2026
New York, New York

                              SO ORDERED:

                              P. Kevin Castel
                              United States District Judge