UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SHAN ANAND, NOSAKHARE NOBORE,
LEONARD UJKIC, SOLOMON ALUKO,
and JORGE GONZALEZ,

Defendant.

25-cr-110 (PKC)

ORDER

CASTEL, U.S.D.J:

Sentencings originally scheduled for May 21, 2026 are adjourned as follows:

1   Nosakhare Nobore – July 14, 2026 at 11:00 a.m.

2   Shan Anand and Solomon Aluko – July 14, 2026 at 2:00 p.m.

3   Leonard Ujkic and Jorge Gonzalez – July 16, 2026 at 11:00 a.m.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York

April 10, 2026