# raiser kenniff & lonstein
## ———— ATTORNEYS AT LAW ————

Steven M. Raiser
Thomas A. Kenniff
Alexander Z. Lonstein
Douglas Reda

666 Old Country Rd
Suite 509A
Garden City, NY 11530
(516) 742-7600

Of Counsel
Anthony Falcone
Daniela Jampel
Jason Leibowitz
Julie C. Lonstein
Wayne D. Lonstein

June 29th, 2026

**VIA ECF**

The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

Application Granted.  Sentencing is adjourned from July 14, 2026 to July 30, 2026 at 2:00 p.m. SO ORDERED.
Dated:  6/30/2026

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:    *United States v. Shan Anand,*
        *Criminal Docket No. 1:25-cr-00110-PKC*

Dear Judge P. Kevin Castel:

Our office represents Shan Anand (hereinafter "Mr. Anand"), Defendant in the above-captioned matter.  I write respectfully to request an adjournment of Mr. Anand's sentencing, currently scheduled for Tuesday, July 14th, 2026, to Thursday, July 30th, 2026, at 2 p.m. We are requesting additional time to obtain additional mitigation materials, including the confirmation of our client's successful completion of the Focus Forward Project.

AUSA Margaret Lynaugh has consented to the adjournment as well as the proposed date. Assuming the court grants this request, we also ask that sentencing memorandum and sentencing related deadlines be reset as well. I thank the Court for its consideration in this matter.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

*Thomas A. Kenniff*
Thomas A. Kenniff

kb/TK

cc:    AUSA Margaret Emma Lynaugh (via ECF: margaret.lynaugh@usdoj.gov)

Manhattan Office
99 Park Ave, Suite 1530
New York, NY 10016
212-274-0090

Ellenville Office
190 South Main Street
Ellenville, NY 12428
845-905-2216

Kingston Office
291 Wall Street, Suite 402, Office 5
Kingston, NY 12401
845-905-2216

www.rkl.law