raiser kenniff & lonstein

ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Alexander Z. Lonstein
Douglas Reda

666 Old Country Rd
Suite 509A
Garden City, NY 11530
(516) 742-7600

Of Counsel
Anthony Falcone
Daniela Jampel
Jason Leibowitz
Julie C. Lonstein
Wayne D. Lonstein

August 3rd, 2026

**VIA ECF**
The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

The Court so recommends. Counsel for the defendant shall bring this recommendation to the attention of the U.S. B.O.P.
SO ORDERED.
Dated: 08/04/2026

P. Kevin Castel
United States District Judge

*Re:* *United States v. Shan Anand,*
*Criminal Docket No. 1:25-cr-00110-RA*

Dear Judge P. Kevin Castel:

Our office represents Shan Anand (hereinafter "Mr. Anand"), Defendant in the above-captioned matter. At my client's sentencing this past July 30th, the defense requested and the Court agreed to recommend to the Federal Bureau of Prisons that Mr. Anand be committed to FFC Devins and be evaluated for the Federal Bureau of Prisons' Residential Drug Abuse Program (hereinafter referred to as "RDAP") there.

However, upon further research, it has now become apparent that Fort Dix would be a more appropriate setting for Mr. Anand based on the proximity to Mr. Anand's residence and family members. It also appears that Fort Dix considers inmates for RDAP eligibility. [Thus, we are requesting that that the Court's recommendation for Mr. Anand be for the Fort Dix Camp and that upon admission he be evaluated for RDAP.]

I thank the Court for its consideration in this matter. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

/s/Thomas A. Kenniff

Thomas A. Kenniff

kb/TK

cc: AUSA Margaret Emma Lynaugh (via ECF: margaret.lynaugh@usdoj.gov)