# raiser kenniff & lonstein

ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Alexander Z. Lonstein
Douglas Reda

666 Old Country Rd
Suite 509A
Garden City, NY 11530
(516) 742-7600

Of Counsel
Anthony Falcone
Daniela Jampel
Jason Leibowitz
Julie C. Lonstein
Wayne D. Lonstein

August 14th, 2026

The Court denies this request for out of district travel between sentencing and surrender. SO ORDERED
P. Kevin Castel, USDJ
8-18-26

**VIA ECF**
The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St, New York, NY 10007

Re: *United States v. Shan Anand,*
*Criminal Docket No. 1:25-cr-00110-RA*

Dear Judge P. Kevin Castel:

Our office represents Shan Anand (hereinafter "Mr. Anand"), Defendant in the above-captioned matter.

As the conditions of release require that Mr. Anand's travel is restricted to SDNY/EDNY and that requests for travel be approved by the Court, we respectfully request that the Court expand Mr. Anand's permitted travel to include Philadelphia, Pennsylvania prior to his scheduled surrender.

Mr. Anand seeks permission to travel to Philadelphia, Pennsylvania (Eastern District of Pennsylvania) to visit his fiancée, who resides there, before surrendering as required. Mr. Anand will comply with all conditions of release and will return as directed by the Court.

I thank the Court for its consideration in this matter. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

/s/Thomas A. Kenniff

Thomas A. Kenniff

kb/TK
cc: AUSA Margaret Emma Lynaugh (via ECF: margaret.lynaugh@usdoj.gov)