**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10028*

August 30, 2026

**BY ECF**

Application Granted.
SO ORDERED.
Dated: 8/31/2026

P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Shan Anand, et al.*, 25 Cr. 110 (PKC)**

Dear Judge Castel:

The Government writes respectfully to request a two-week extension—to September 14, 2026—to file its proposed order of restitution with respect to the four defendants who have been sentenced in the above-captioned case—Solomon Aluko, Jorge Gonzalez, Shan Anand, and Nosakhare Nobore. The Government is continuing to work to gather the information for the proposed restitution order and apportion the restitution appropriately among the defendants.

Counsel for each of the defendants who has been sentenced has consented to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ________________________
Maggie Lynaugh
Qais Ghafary
Assistant United States Attorney
(212) 637-2448 / 2534