UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

25-cr-110 (PKC)

-against-

ORDER

SHAN ANAND,

Defendant.
-----------------------------------------------------------x

CASTEL, Senior District Judge:

Defendant Shan Anand stands convicted of conspiracy to commit wire fraud and bank fraud. He was sentenced on July 30, 2026 to a term of 84 months' imprisonment with a recommended placement at FMC Devens, a medical facility. (ECF 134.) The recommendation of placement was at his lawyer's request because of the potential availability of the Residential Drug Abuse Program ("RDAP"). (7/30/26 Tr. at 64-65.) Anand's surrender date is on or before 2 p.m. on September 29, 2026. He faces a restitution obligation of $10,861,522.04. (ECF 153.)

Anand is 36 and, according to his PSR revised as of August 6, 2026, he is 5'11" tall and weighs 235 pounds. (ECF 138 ¶¶ 95-100.) He has hypertension and was admitted to a hospital in 2024 after he consumed 20 drinks. In 2026, he was treated for chest pains, nausea and vomiting. He has undergone knee surgeries.

Anand was not remanded at sentencing. On August 14, 2026, he sought permission to travel to Philadelphia to visit with his fiancé, which request was denied. (ECF 140.)

Now, on September 22, 2026, seven days before his surrender date, Anand requests that his surrender be deferred "to October 29, 2026, or after due to ongoing medical

treatment arising from injuries he sustained in a motor accident on May 25, 2026." (ECF 155.) The request is supported by a "To whom it may Concern" letter signed by an individual at "Dolphin Family Chiropractic P.C." It is also supported by a letter signed by "Salomon Halioua MD Pain Management," who evaluated Anand for pain management on September 14, 2026 and states that Anand has been "diagnosed with lumbar pain and sciatica." He recommends a lumbar epidural steroid injection as part of his treatment, which is scheduled for September 24, 2026. The "therapeutic benefit" of the injection will be evaluated over the following two weeks to determine the next step in an appropriate course of treatment.

As noted above, this Court recommended at Anand's request that he be placed by the Bureau of Prisons at FMC Devens, a federal medical center. On August 3, 2026, Anand, by his counsel, wrote to the Court that he learned could be evaluated for RDAP at Fort Dix Camp and sought a revised recommendation from the Court. (ECF 136.) The Court granted that request. (ECF 137.) The Court notes that the change of the recommended placement was made months after the May 25, 2026 motor vehicle accident.

Crediting the submission at face value, the Court is of the view that the Bureau of Prisons is able to offer defendant Anand appropriate medical treatment. The request to defer Anand's date to surrender to the facility designated by the Bureau of Prisons is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 23, 2026